# United States Bankruptcy Court
## District of Vermont



Filed & Entered
On Docket
April 29, 2011

In re:
    Peter L Forrest
    Last four digits of Social−Security No or other Individual
    Taxpayer−Identification No (ITIN): xxx−xx−4110

    Heidi A. Forrest
    Last four digits of Social−Security No or other Individual
    Taxpayer−Identification No (ITIN): xxx−xx−5247
                                      Debtor.

Case Number: 10−11567 cab
Chapter: 7

## FINAL DECREE

THE COURT FINDS that the estate of the above named debtor has been fully administered.

**IT IS ORDERED** that John R. Canney III is discharged as trustee of the above named debtor and the bond is cancelled.

The chapter 7 case of the above named debtor is closed as of the date of this order.

Dated: April 29, 2011

Colleen A. Brown
United States Bankruptcy Judge

United States Bankruptcy Court
District of Vermont
67 Merchants Row
P.O. Box 6648
Rutland, VT 05702−6648

Tel. (802) 776−2000
VCIS* (800) 260−9956
* Voice Case Information System
http://www.vtb.uscourts.gov
Form 149 − ebb